IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Walker, David B | Case Number: 04 B 08845 |
| Walker, Shundra R | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 3/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 31, 2008
Confirmed: May 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,040.00 | |
| Secured: | | 14,828.18 |
| Unsecured: | | 8,141.75 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,370.07 |
| Other Funds: | | 0.00 |
| Totals: | 26,040.00 | 26,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,700.00 | 1,700.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 2,941.52 | 2,941.52 |
| 4. | National Capital Management | Secured | 7,331.01 | 7,331.01 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 4,555.65 | 4,555.65 |
| 6. | Chase Manhattan Mortgage Corp | Unsecured | 450.00 | 450.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,015.04 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 22.97 | 28.06 |
| 9. | ECast Settlement Corp | Unsecured | 288.87 | 352.88 |
| 10. | Household Financial Corporation | Unsecured | 529.20 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 257.21 | 314.22 |
| 12. | National Capital Management | Unsecured | 439.27 | 536.62 |
| 13. | RoundUp Funding LLC | Unsecured | 1,522.98 | 1,860.44 |
| 14. | Resurgent Capital Services | Unsecured | 313.69 | 383.19 |
| 15. | Resurgent Capital Services | Unsecured | 805.83 | 984.42 |
| 16. | Resurgent Capital Services | Unsecured | 736.72 | 899.99 |
| 17. | ECast Settlement Corp | Unsecured | 230.55 | 281.64 |
| 18. | Discover Financial Services | Unsecured | 721.45 | 881.34 |
| 19. | Pronger Smith Clinic | Unsecured | 108.12 | 132.00 |
| 20. | ECast Settlement Corp | Unsecured | 550.23 | 672.15 |
| 21. | Portfolio Recovery Associates | Unsecured | 298.62 | 364.80 |
| 22. | Lerner | Unsecured | | No Claim Filed |
| 23. | GE Capital Corporation | Unsecured | | No Claim Filed |
| 24. | ICS | Unsecured | | No Claim Filed |
| 25. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 26. | Pronger Smith Clinic | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walker, David B | Case Number: 04 B 08845 |
|---|---|---|
| | Walker, Shundra R | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 3/5/04 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Lane Bryant | Unsecured | | No Claim Filed |
| 28. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 29. | The Avenue | Unsecured | | No Claim Filed |
| 30. | Romans | Unsecured | | No Claim Filed |
| | | | $ 24,818.93 | $ 24,669.93 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 109.88 |
| 6.5% | 235.79 |
| 3% | 41.92 |
| 5.5% | 228.73 |
| 5% | 46.29 |
| 4.8% | 155.56 |
| 5.4% | 481.54 |
| 6.6% | 70.36 |
| | $ 1,370.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

